B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of South Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Griffith, Barry Leon** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3686** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**104 Wood Stream Way**<br>**Williamston, SC**<br>ZIP Code **29697** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Anderson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 <br> ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Griffith, Barry Leon** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Griffith, Barry Leon** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Barry Leon Griffith**
Signature of Debtor **Barry Leon Griffith**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**May 31, 2013**
Date

### Signature of Attorney*

X **/s/ Randy A. Skinner**
Signature of Attorney for Debtor(s)

 **Randy A. Skinner 05412**
Printed Name of Attorney for Debtor(s)

 **Skinner Law Firm, LLC**
Firm Name
 **300 North Main Street, Suite 201**
 **Greenville, SC 29601**

_____
Address

 **Email: main@skinnerlawfirm.com**
 **(864) 232-2007  Fax: (864) 232-8496**
Telephone Number
 **May 31, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Barry Leon Griffith**                                                                              ,          Case No. _____

                                                                         Debtor

# FORM 1. VOLUNTARY PETITION

## <u>Other Names Attachment</u>

All Other Names used by Debtor in the last 8 years:

1.    **FDBA    Seacrest Holdings**
2.    **FDBA    Riverview Holdings**
3.    **FDBA    Seas the Day**
4.    **DBA     Water's Edge Investments**
5.    **FDBA    Linden Hall**
6.    **FDBA    Keowee Waterside Properties**
7.    **FDBA    Keowee Trade Winds**
8.    **FDBA    Quiet Cove**
9.    **FDBA    No Egrets**
10.   **DBA     Pyramid Construction**
11.   **DBA     128 North Main**
12.   **DBA     Sexton Griffith Custom Builders**
13.   **DBA     River Trace**
14.   **FDBA    Sexton Griffith Raisor Builders**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of South Carolina

In re __Barry Leon Griffith__ _____    Case No. _____
_____  Debtor(s)    Chapter    __7__ _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

     ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Barry Leon Griffith**
                      **Barry Leon Griffith**

Date: **May 31, 2013**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### District of South Carolina

In re    **Barry Leon Griffith**                                    ,        Case No. _____

Debtor

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 745,000.00 | | |
| B - Personal Property | Yes | 20 | 22,346.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,938,138.99 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 7,074,765.34 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 8 | | | 11,197.97 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 10,415.22 |
| Total Number of Sheets of ALL Schedules | | 48 | | | |
| Total Assets | | | 767,346.00 | | |
| Total Liabilities | | | | 9,012,904.33 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of South Carolina

In re    **Barry Leon Griffith**                                    ,        Case No. _____

_____
                                    Debtor        Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Barry Leon Griffith** , Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence: House and land located at 104 Woodstream Way, Williamston, SC 29697** | | **-** | **700,000.00** | **1,884,915.24** |
| **County: Anderson** **Acreage: Unknown** **Source of Valuation: Appraised Value** | | | | |
| **BB&T** **1st Lien on Property** **Mortgage: $556,011.50** | | | | |
| **Regions Bank** **2nd Lien on Property** **Mortgage: $211,292.29** | | | | |
| **The Peoples National Bank** **3rd Lien on Property** **Judgment Lien: $405,360.13** | | | | |
| **The Peoples National Bank** **4th Lien on Property** **Judgment Lien: $708,796.71** | | | | |
| **AnMed** **5th Lien on Property** **Judgment Lien: $3,454.61** | | | | |

Sub-Total >    **700,000.00**    (Total of this page)

__1__    continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re __**Barry Leon Griffith**_____,   Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Real Property: Vacant lot at 107 Wood Stream Way, Williamston, SC 29697**<br><br>**Joint Owner: Jacquelyn Griffith**<br>**Total Market Valuer: $45,000.00**<br>**Debtor's 1/2 Interest: $22,500.00**<br><br>**County: Anderson**<br>**Acreage:  Unknown**<br>**Source of Valuation:  Appraised Value**<br><br>**BB&T**<br>**1st Lien on Property**<br>**Mortgage: $53,223.75**<br><br>**The Peoples National Bank**<br>**2nd Lien on Property**<br>**Judgment Lien: $405,360.13**<br><br>**The Peoples National Bank**<br>**3rd Lien on Property**<br>**Judgment Lien: $708,796.71**<br><br>**AnMed**<br>**4th Lien on Property**<br>**Judgment Lien: $3,454.61** | - | | **45,000.00** | **53,223.75** |

| | | | |
|---|---|---|---|
| Sub-Total > | 45,000.00 | (Total of this page) |
| Total > | 745,000.00 | |

(Report also on Summary of Schedules)

Sheet __**1**__ of __**1**__ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Barry Leon Griffith** _____,    Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on Hand** | - | 300.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account with BB&T** | - | 1,500.00 |
| | | **1/2 Interest in Checking Account with BB&T**  Joint Owner: Chelsea Lauren Griffith  Total Balance: $200.00  Debtor's 1/2 Interest: $100.00 | - | 200.00 |
| | | **Checking Account with Pinnacle Bank** | - | 106.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **1/2 Interest in Household Goods and Furnishings**  Joint Owner: Non-filing spouse  Total Market Value: $8,180.00  Debtor's 1/2 Interest: $4,090.00 | - | 4,090.00 |
| | | **Yamaha DGC1 PE Baby Grand Player Piano Model DGC1**  Serial Number 6029528 | - | 4,600.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing** | - | 500.00 |

Sub-Total >       **11,296.00**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Barry Leon Griffith**                                              ,      Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | **High School Ring**<br>**Market Value: $150.00** | - | **600.00** |
| | | **College Ring**<br>**Market Value: $250.00** | | |
| | | **Wedding Ring**<br>**Market Value: $200.00** | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Charter Arms .38 cal pistol** | - | **75.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **50% Ownership in Water's Edge Investments, LLC**<br>**See balance sheet attached hereto as Exhibit A** | - | **0.00** |
| | | **50% Ownership in Sexton Griffith Custom Builders, LLC**<br>**See balance sheet attached hereto as Exhibit B** | - | **0.00** |
| | | **33.33% Ownership in 128 North Main, LLC**<br>**See balance sheet attached hereto as Exhibit C** | - | **0.00** |
| | | **33.33% Ownership in Pyramid Construction, Inc**<br>**See balance sheet attached hereto as Exhibit D** | - | **0.00** |
| | | **6% Ownership in River Trace, LLC**<br>**See balance sheet attached hereto as Exhibit E** | - | **0.00** |
| | | **50% Ownership in Riverview Holdings, LLC**<br>**See balance sheet attached hereto as Exhibit F** | - | **0.00** |

Sub-Total >    **675.00**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Barry Leon Griffith**                                              ,        Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Barry Leon Griffith**                                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Chevrolet Suburban C1500 with 255,000 miles** | - | 1,050.00 |
| | | **2005 Acura MDX Touring Sport Utility 4D 75,560 miles** | - | 9,325.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 10,375.00 |
| Total > | 22,346.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# STATE OF SOUTH CAROLINA
## CERTIFICATE OF TITLE
### OF A VEHICLE

| VEHICLE ID NUMBER | YEAR  MAKE | MODEL | NEW/USED |
|---|---|---|---|
| 3GNEC16T51G257616 | 2001 CHEV | C15 | USED |

| BODY STYLE | DATE ISSUED | ODOMETER | WEIGHT | TITLE NUMBER |
|---|---|---|---|---|
| SU | 06-30-2008 | 169,000 | 4900 | 770390193383960 |

VEHICLE BRAND(S)
ACTUAL MILEAGE

FULL NAME OF OWNER(S)         CUSTOMER NUMBER: 023555783
GRIFFITH, BARRY LEON
104 WOOD STREAM WAY
WILLIAMSTON SC 296979771

THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE PERSON HEREIN IS
REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE VEHICLE DESCRIBED SUBJECT TO THE
LIENS, IF ANY, HEREIN SET FORTH.

MARCIA S. ADAMS                 MARK SANFORD
EXECUTIVE DIRECTOR              GOVERNOR

039417488

# STATE OF SOUTH CAROLINA
# CERTIFICATE OF TITLE
## OF A VEHICLE

| VEHICLE ID NUMBER | YEAR | MAKE | MODEL | NEW/USED |
|---|---|---|---|---|
| 2HNYD18735H502027 | 2005 | ACUR | MDX | USED |

| BODY STYLE | DATE ISSUED | ODOMETER | WEIGHT | TITLE NUMBER |
|---|---|---|---|---|
| SU | 10-06-2008 | 43,690 | 4531 | 770040197367382 |

VEHICLE BRAND(S)
ACTUAL MILEAGE

FULL NAME OF OWNER(S)          CUSTOMER NUMBER: 023555783
GRIFFITH, BARRY LEON
104 WOOD STREAM WAY
WILLIAMSTON SC 296979771

THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE PERSON HEREIN IS
REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE VEHICLE DESCRIBED SUBJECT TO THE
LIENS, IF ANY, HEREIN SET FORTH.

MARCIA S. ADAMS                    MARK SANFORD
EXECUTIVE DIRECTOR                 GOVERNOR

039716264

Exhibit A

3:59 PM

05/02/13

Accrual Basis

## Water's Edge Investments, LLC
## Balance Sheet
### As of April 30, 2013

|  | Apr 30, 13 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Checking - Pinnacle Bank | 3,876.43 |
| **Total Checking/Savings** | 3,876.43 |
| **Other Current Assets** | |
| Escrow - 2006 N. Waccamaw | -10,357.87 |
| **Total Other Current Assets** | -10,357.87 |
| **Total Current Assets** | -6,481.44 |
| **Fixed Assets** | |
| Accumulated Depreciation | -195,737.54 |
| Crawford Falls #423 - Condo | 194,188.45 |
| Crawford Falls #424 - Condo | 194,102.69 |
| House-2006 N. Waccamaw Dr. | 1,044,195.50 |
| **Total Fixed Assets** | 1,236,749.10 |
| **Other Assets** | |
| Investment-North Beach-#1819 | 159,090.00 |
| **Loans to Partnerships** | |
| A/R North Beach 4 | 2,000.00 |
| **Total Loans to Partnerships** | 2,000.00 |
| North Beach 4 (#1719), LLC | 125,382.61 |
| Ocean View Investment Prop.LLC | -17,587.25 |
| **Total Other Assets** | 268,885.36 |
| **TOTAL ASSETS** | **1,499,153.02** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| N/P Loan from Sexton-Griffith | 30,000.00 |
| N/P Riverview Holdings | 20,900.00 |
| **Total Other Current Liabilities** | 50,900.00 |
| **Total Current Liabilities** | 50,900.00 |
| **Long Term Liabilities** | |
| N/P Carrington Mortgage Service | 844,086.75 |
| N/P Park Sterling-#423 Craw.Fal | 158,344.53 |
| N/P Park Sterling#424 Craw.Fall | 158,344.52 |
| N/P Well Fargo Bank-Home Equity | 263,030.50 |
| **Total Long Term Liabilities** | 1,423,806.30 |
| **Total Liabilities** | 1,474,706.30 |
| **Equity** | |
| **Capital Accounts** | |
| Barry Griffith | 13,895.77 |
| Kevin Sexton | 13,895.75 |
| **Total Capital Accounts** | 27,791.52 |
| Retained Earnings | 4,508.86 |
| Net Income | -7,853.66 |
| **Total Equity** | 24,446.72 |
| **TOTAL LIABILITIES & EQUITY** | **1,499,153.02** |

Exhibit B

3:35 PM

05/02/13

Accrual Basis

**Sexton Griffith Custom Builders, LLC**
# Balance Sheet
### As of April 30, 2013

|  | Apr 30, 13 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10100 · Checking- Pinnacle Bank | 115,179.29 |
| 10110 · Pinnacle-Carolina Home Monitor | 360.00 |
| **Total Checking/Savings** | 115,539.29 |
| **Other Current Assets** | |
| **Spec Homes for Sale** | |
| 12003 · 31V-Reserve-Cost of Const. | 2,513,620.73 |
| **Total Spec Homes for Sale** | 2,513,620.73 |
| **14000 · WIP Accounts** | |
| 14400 · WIP-Material | 2,100,378.12 |
| 14600 · WIP-Labor | 218,459.96 |
| 14700 · WIP-Subcontractor | 2,093,831.79 |
| 14800 · WIP-Other | 266,966.55 |
| **Total 14000 · WIP Accounts** | 4,679,636.42 |
| **15000 · Payments-Contracts in Progress** | |
| 15025 Destaphano | -677,834.27 |
| 15010 · Robert & Tara Keels | -1,057,294.15 |
| 15029 · 29G Linwood & Sue Williams | -826,700.00 |
| 15030 · William Vanlandingham II | -1,750.00 |
| 15032 · 31G - Schafer | -98,286.00 |
| 15033 · 33G Heather Clark | -804,050.94 |
| 15050 · Ryan & Tina Tape Lot 50E | -263,438.00 |
| 15083 · Ron Staiger 83E | -628,000.00 |
| 15106 · Pletcher - Lot 16D | -91,800.00 |
| 15110 · Ann/Everett Fuller | -211,901.00 |
| 15194 · Michael Freeman 194E | -391,812.10 |
| 15210 · Chris & Michele Licata 10D Rese | -35,025.00 |
| 15480 · No Egrets - 4803 Beach Restore | -20,000.00 |
| **Total 15000 · Payments-Contracts in Progress** | -5,107,891.46 |
| 15049 · Rob Johnson F49 | -3,750.00 |
| 15073 · 73F - Annette & Robert Allen | -79,500.00 |
| 15078 · 78A - Roy Sutterfield | -79,550.00 |
| 15117 · 117 C - G Reid | -16,250.00 |
| 16900 · Discounts | -631.15 |
| **Total Other Current Assets** | 1,905,684.54 |
| **Total Current Assets** | 2,021,223.83 |
| **Fixed Assets** | |
| **17000 · Vehicles** | |
| 17300 · 2005 Correct Craft | 55,000.00 |
| 17424 · Ford F150 - Jonah | 18,630.50 |
| 17427 · F150 - 2007 Ford - Bob L. | 36,403.95 |
| **Total 17000 · Vehicles** | 110,034.45 |
| 17100 · Office Equipment | 8,248.68 |
| 17200 · Software | 11,917.75 |
| 19000 · Accumulated Depreciation | -122,791.08 |
| **Total Fixed Assets** | 7,409.80 |
| **Other Assets** | |
| 16500 · Advance- Waters Edge | 30,000.00 |
| 16600 · Advance to 128N Main | 23,950.00 |
| 16800 · Advance to Southeast Rest | 6.33 |
| **Total Other Assets** | 53,956.33 |
| **TOTAL ASSETS** | 2,082,589.96 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |

3:35 PM

05/02/13

Accrual Basis

# Sexton Griffith Custom Builders, LLC
# Balance Sheet
### As of April 30, 2013

|  | Apr 30, 13 |
|---|---:|
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 79,544.79 |
| **Total Accounts Payable** | 79,544.79 |
| **Other Current Liabilities** | |
| 12010 · Construction Loans Spec Homes | |
| 12031 · LOt 31V - Construction Draws | 2,160,000.00 |
| Total 12010 · Construction Loans Spec Homes | 2,160,000.00 |
| 30000 · Payroll Related Liabilities | |
| 31000 · United Health Insurance | 880.83 |
| 32000 · Federal Income Tax | 2,017.00 |
| 33000 · State Income Tax | 1,315.10 |
| 34000 · Social Security Tax | 3,306.54 |
| 35000 · Medicare Tax | 674.78 |
| 36000 · South Carolina SUI | 1,457.13 |
| 37000 · FUTA | 34.18 |
| Total 30000 · Payroll Related Liabilities | 9,685.56 |
| 40002 · Loans | |
| 41100 · N/P - Pyramid Construction | 326,400.00 |
| 41300 · N/P - Barry Griffith | 200.00 |
| 41411 · Loan Pinnacle Bank - Track A - | 148,372.11 |
| Total 40002 · Loans | 474,972.11 |
| **Total Other Current Liabilities** | 2,644,657.67 |
| **Total Current Liabilities** | 2,724,202.46 |
| **Long Term Liabilities** | |
| 50001 · Vehicle Loans | |
| 57424 · Ford Motor F150 Jonah | 2,980.20 |
| 57427 · Ford Motor- 07 F150 Bob L. | 2,427.07 |
| Total 50001 · Vehicle Loans | 5,407.27 |
| **Total Long Term Liabilities** | 5,407.27 |
| **Total Liabilities** | 2,729,609.73 |
| **Equity** | |
| **Capital** | |
| 60000 · Kevin Sexton | -239,709.82 |
| 70000 · Barry Griffith | -242,611.85 |
| **Total Capital** | -482,321.67 |
| 50000 · Retained Earnings | -122,719.85 |
| Net Income | -41,978.25 |
| **Total Equity** | -647,019.77 |
| **TOTAL LIABILITIES & EQUITY** | 2,082,589.96 |

Exhibit C

3:39 PM

05/02/13

Accrual Basis

# 128 North Main, LLC
# Balance Sheet
### As of April 30, 2013

|  | Apr 30, 13 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10000 · Checking - Pinnacle Bank | 31,996.82 |
| **Total Checking/Savings** | 31,996.82 |
| **Total Current Assets** | 31,996.82 |
| **Fixed Assets** | |
| 17010 · Land | 200,000.00 |
| 17020 · Building | 886,125.25 |
| **Total Fixed Assets** | 1,086,125.25 |
| **Other Assets** | |
| 18000 · Accumulated Depreciation | -163,781.45 |
| **Total Other Assets** | -163,781.45 |
| **TOTAL ASSETS** | **954,340.62** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 20006 · Loan from Sexton Griffith | 16,950.00 |
| 20007 · Loan from Horizon Properties | 6,000.00 |
| **Total Other Current Liabilities** | 22,950.00 |
| **Total Current Liabilities** | 22,950.00 |
| **Long Term Liabilities** | |
| 20012 · Grand South Bank - Refinance | 1,141,946.13 |
| **Total Long Term Liabilities** | 1,141,946.13 |
| **Total Liabilities** | 1,164,896.13 |
| **Equity** | |
| 28000 · Capital Accounts | |
| 28001 · Barry Griffith | -69,090.37 |
| 28002 · Kevin Sexton | -69,090.37 |
| 28003 · Scott Woods | -82,090.35 |
| **Total 28000 · Capital Accounts** | -220,271.09 |
| 28010 · Retained Earnings | -4,652.41 |
| 32000 · Members Equity | 4,652.41 |
| Net Income | 9,715.58 |
| **Total Equity** | -210,555.51 |
| **TOTAL LIABILITIES & EQUITY** | **954,340.62** |

Exhibit D

3:38 PM
05/02/13
Accrual Basis

# Pyramid Construction Inc.
## Balance Sheet
### As of April 30, 2013

|  | Apr 30, 13 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10000 · Pinnacle Bank - Checking | -57,085.37 |
| **Total Checking/Savings** | -57,085.37 |
| **Other Current Assets** | |
| 16000 · Loans | |
| 16600 · Loan to SG, LLC | 326,400.00 |
| 16601 · Loan to SRG Carolinas, LLC | 10,057.28 |
| 18000 · Real Estate Deposit | 50,387.50 |
| **Total 16000 · Loans** | 386,844.78 |
| **Total Other Current Assets** | 386,844.78 |
| **Total Current Assets** | 329,759.41 |
| **Fixed Assets** | |
| 17100 · Skidster LX170 | 13,000.00 |
| 17199 · Vehicles | |
| 17200 · 2006 Cadillac-Barry | 78,015.00 |
| 17300 · 2011-Ford Truck - Daniel | 36,429.00 |
| 17400 · 2011 Ford Truck - BG | 38,293.00 |
| 17500 · 2012 F150 K Sexton | 38,284.00 |
| **Total 17199 · Vehicles** | 191,021.00 |
| 19000 · Accumulated Depreciation | -116,621.78 |
| **Total Fixed Assets** | 87,399.22 |
| **Other Assets** | |
| Investment in SRG Carolinas | 7,512.00 |
| 14000 · WIP Accounts | |
| 14400 · WIP Material | 323,602.25 |
| 14600 · WIP Labor | 17,186.54 |
| 14700 · WIP-Subcontractor | 705,387.17 |
| 14800 · WIP-Other | 179,865.49 |
| 14900 · WIP-Development Cost-Lots Sold | 136,733.73 |
| **Total 14000 · WIP Accounts** | 1,362,775.18 |
| 15000 · Payments-Contracts in Progress | |
| 15005 · 5VP - Greg/Ramona Farish | -529,336.75 |
| 15006 · VP6 - Newby | -325,415.00 |
| 15007 · 7VP - Angela & Kelby Hutcheson | -149,912.34 |
| 15011 · 1 LPOND - Keith Donna Ryan | -91,050.00 |
| 15111 · 1VP - Jeffrey Fusile | -527,639.08 |
| 15112 · VP2 - Bryant | -62,625.00 |
| 15113 · VP 3 - Basmadjian | 120,000.00 |

3:38 PM
05/02/13
Accrual Basis

# Pyramid Construction Inc.
# Balance Sheet
## As of April 30, 2013

|  | Apr 30, 13 |
|---|---|
| Total 15000 · Payments-Contracts in Progress | -1,565,978.17 |
| 18002 · Investments |  |
| 16800 · Investment in North Beach 4 LLC | 201,000.00 |
| Total 18002 · Investments | 201,000.00 |
| **Total Other Assets** | 5,309.01 |
| **TOTAL ASSETS** | 422,467.64 |
| **LIABILITIES & EQUITY** |  |
| Liabilities |  |
| Current Liabilities |  |
| Accounts Payable |  |
| 20000 · Accounts Payable | 61,073.80 |
| Total Accounts Payable | 61,073.80 |
| Other Current Liabilities |  |
| 57000 · Vehicle Loans |  |
| 57300 · N/P Ford Motor Credit-DG Truck | 20,871.31 |
| 57400 · N/P Ford Motor Credit -BG Truck | 30,445.07 |
| 57500 · N/P-Ford Motor Credit-KS Truck | 33,482.55 |
| Total 57000 · Vehicle Loans | 84,798.93 |
| Total Other Current Liabilities | 84,798.93 |
| **Total Current Liabilities** | 145,872.73 |
| Long Term Liabilities |  |
| 21000 · Suntrust-Line of Credit | 211,500.00 |
| Total Long Term Liabilities | 211,500.00 |
| **Total Liabilities** | 357,372.73 |
| Equity |  |
| 32001 · Retained Earnings | -52,714.52 |
| 40000 · Capital Stock | 80,500.00 |
| 40110 · Karl - Stock Redemptions | -106,472.90 |
| 41000 · Additional Paid-in-Capital | 244,000.00 |
| Net Income | -100,217.67 |
| **Total Equity** | 65,094.91 |
| **TOTAL LIABILITIES & EQUITY** | 422,467.64 |

Exhibit E

4:09 PM

05/02/13

Cash Basis

# RIVER TRACE, LLC
# Balance Sheet
### As of April 30, 2013

|  | Apr 30, 13 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| Checking-Peoples Bank | 1,564.87 |
| Total Checking/Savings | 1,564.87 |
| Accounts Receivable | |
| Accounts Receivable | 600.00 |
| Total Accounts Receivable | 600.00 |
| Total Current Assets | 2,164.87 |
| Other Assets | |
| 754 Election | 7,379.00 |
| A/R Mass Grading-Phase III | 46,000.00 |
| A/R Phase I - Mass Grading | 19,280.00 |
| Phase I-B Construction Costs | 189,228.78 |
| Phase IA - Construction Costs | 163,801.88 |
| Phase II- A Construction Costs | 281,106.60 |
| Phase II-B Construction Costs | 191,056.08 |
| Total Other Assets | 897,852.34 |
| **TOTAL ASSETS** | **900,017.21** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Accrued Development Fees-Ph. 1A | 15,066.00 |
| N/P Tower Homes Phase IA | 14,000.00 |
| Total Other Current Liabilities | 29,066.00 |
| Total Current Liabilities | 29,066.00 |
| Long Term Liabilities | |
| N/P Ameris Bank | 721,651.52 |
| Total Long Term Liabilities | 721,651.52 |
| Total Liabilities | 750,717.52 |
| Equity | |
| Capital-Dee McCraw | 18,245.32 |
| Capital-E & H Family, LLC | 18,245.34 |
| Capital-Galloway-Bell | 18,245.33 |
| Capital-Goodwin Investments | 18,245.32 |
| Capital-Greg Ayers | 18,245.33 |
| Capital-WJT Holdings | 18,245.33 |
| Capital - AT Holding | 18,245.32 |
| Capital - Barry Griffith | 8,430.61 |
| Capital - Kevin Sexton | 8,430.61 |
| Capital - Pro-3, LLC | 18,245.32 |
| Net Income | -13,524.14 |
| Total Equity | 149,299.69 |
| **TOTAL LIABILITIES & EQUITY** | **900,017.21** |

Exhibit F

9:05 AM

02/05/13

Accrual Basis

# Riverview Holdings, LLC
## Balance Sheet
### As of February 5, 2013

|  | Feb 5, 13 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Pinnacle Bank - Checking | -4,076.68 |
| **Total Checking/Savings** | -4,076.68 |
| **Other Current Assets** | |
| A/R  North Beach 4, LLC | 38,200.00 |
| A/R Ocean View Investments, LLC | 25,028.72 |
| A/R Water's Edge Investments | 20,900.00 |
| **Total Other Current Assets** | 84,128.72 |
| **Total Current Assets** | 80,052.04 |
| **TOTAL ASSETS** | 80,052.04 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| N/P Peoples Bank | 300,000.00 |
| Rent Due-Horizon Properties | -10,708.21 |
| **Total Other Current Liabilities** | 289,291.79 |
| **Total Current Liabilities** | 289,291.79 |
| **Total Liabilities** | 289,291.79 |
| **Equity** | |
| **Capital Accounts** | |
| Capital-Barry Griffith | -42,331.90 |
| Capital - Kevin Sexton | -42,331.90 |
| **Total Capital Accounts** | -84,663.80 |
| **Retained Earnings** | -124,575.95 |
| **Total Equity** | -209,239.75 |
| **TOTAL LIABILITIES & EQUITY** | 80,052.04 |

B6C (Official Form 6C) (4/13)

.

In re    **Barry Leon Griffith**                                                                    Case No. _____
                                                                    ,
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on Hand** | **S.C. Code Ann. § 15-41-30(A)(5)** | **300.00** | **300.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account with BB&T** | **S.C. Code Ann. § 15-41-30(A)(5)** | **1,500.00** | **1,500.00** |
| **1/2 Interest in Checking Account with BB&T** | **S.C. Code Ann. § 15-41-30(A)(5)** | **200.00** | **200.00** |
| **Joint Owner: Chelsea Lauren Griffith Total Balance: $200.00 Debtor's 1/2 Interest: $100.00** | | | |
| **Checking Account with Pinnacle Bank** | **S.C. Code Ann. § 15-41-30(A)(5)** | **106.00** | **106.00** |
| **Household Goods and Furnishings** | | | |
| **1/2 Interest in Household Goods and Furnishings** | **S.C. Code Ann. § 15-41-30(A)(3)** | **4,090.00** | **4,090.00** |
| **Joint Owner: Non-filing spouse Total Market Value: $8,180.00 Debtor's 1/2 Interest: $4,090.00** | | | |
| **Wearing Apparel** | | | |
| **Clothing** | **S.C. Code Ann. § 15-41-30(A)(3)** | **410.00** | **500.00** |
| **Furs and Jewelry** | | | |
| **High School Ring Market Value: $150.00** | **S.C. Code Ann. § 15-41-30(A)(4)** | **600.00** | **600.00** |
| **College Ring Market Value: $250.00** | | | |
| **Wedding Ring Market Value: $200.00** | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Charter Arms .38 cal pistol** | **S.C. Code Ann. § 15-41-30(A)(7) Debtor's unused portion of cash exemption** | **75.00** | **75.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2005 Acura MDX Touring Sport Utility 4D 75,560 miles** | **S.C. Code Ann. § 15-41-30(A)(2) S.C. Code Ann. § 15-41-30(A)(7) Debtor's unused portion of cash and liquid asset exemption** | **5,625.00 2,819.00** | **9,325.00** |

|  | Total: | **15,725.00** | **16,696.00** |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

**B6D (Official Form 6D) (12/07)**

In re **Barry Leon Griffith**                                                                     Case No. _____
_____,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Anmed Health 800 North Fant Street Anderson, SC 29621** | X | - | **Judgment Entered on 4/26/12** <br>**Residence: House and land located at 104 Woodstream Way, Williamston, SC 29697** <br>**County: Anderson** <br>**Acreage: Unknown** <br>**Source of Valuation: Appraised Value BB&T** | | | | | |
| | | | Value $              **700,000.00** | | | | 3,454.61 | 3,454.61 |
| Account No. **xxxxxx9144** <br><br>**BB&T PO Box 580048 Charlotte, NC 28258** | | - | **First Mortgage** <br>**Residence: House and land located at 104 Woodstream Way, Williamston, SC 29697** <br>**County: Anderson** <br>**Acreage: Unknown** <br>**Source of Valuation: Appraised Value BB&T** | | | | | |
| | | | Value $              **700,000.00** | | | | 556,011.50 | 0.00 |
| Account No. **xxxxxxxxxx9001** <br><br>**BB&T PO Box 580048 Charlotte, NC 28258** | X | - | **First Mortgage** <br>**Real Property: Vacant lot at 107 Wood Stream Way, Williamston, SC 29697** <br>**Joint Owner: Jacquelyn Griffith** <br>**Total Market Valuer: $45,000.00** <br>**Debtor's 1/2 Interest: $22,500.00** <br>**County: Anderson** <br>**Acreage: Unknown** | | | | | |
| | | | Value $              **45,000.00** | | | | 53,223.75 | 8,223.75 |
| Account No. **xxxxxxxxxxxx8015** <br><br>**Regions PO Box 2224 Birmingham, AL 35246** | | - | **Second Mortgage** <br>**Residence: House and land located at 104 Woodstream Way, Williamston, SC 29697** <br>**County: Anderson** <br>**Acreage: Unknown** <br>**Source of Valuation: Appraised Value BB&T** | | | | | |
| | | | Value $              **700,000.00** | | | | 211,292.29 | 67,303.79 |

**1**   continuation sheets attached

Subtotal                                    823,982.15         78,982.15
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re **Barry Leon Griffith**                                              , Case No. _____
                                            Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>Jerry T Myers<br>Smith Debnam<br>PO Box 26268<br>Raleigh, NC 27611 | | | | Additional Address For:<br>Regions<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br><br>The People National Bank<br>c/o S Gray Walsh<br>PO Box 10045<br>Greenville, SC 29603 | X | - | | Judgment Entered on 10/19/2010<br>Residence: House and land located at 104 Woodstream Way, Williamston, SC 29697<br>County: Anderson<br>Acreage:  Unknown<br>Source of Valuation:  Appraised Value BB&T<br>Value $          700,000.00 | | | | 405,360.13 | 405,360.13 |
| Account No.<br><br>The Peoples National Bank<br>c/o John Pyatt Grimes<br>Grimes & Smith<br>1112 Highmarket Street<br>Georgetown, SC 29440 | X | - | | Judgment Entered on 11/4/10<br>Residence: House and land located at 104 Woodstream Way, Williamston, SC 29697<br>County: Anderson<br>Acreage:  Unknown<br>Source of Valuation:  Appraised Value BB&T<br>Value $          700,000.00 | | | | 708,796.71 | 708,796.71 |
| Account No.<br><br><br><br><br> | | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | | <br><br><br><br>Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | 1,114,156.84 | 1,114,156.84 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 1,938,138.99 | 1,193,138.99 |

B6E (Official Form 6E) (4/13)

.

In re   **Barry Leon Griffith**                                                                ,        Case No. _____
                                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                    **0**          continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Barry Leon Griffith**                                                                   , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0011** <br><br> **Advanta Credit Cards** <br> **PO Box 31032** <br> **Tampa, FL 33631** | | - | Credit Card | | | | **12,486.21** |
| Account No. <br><br> **Ameris Bank** <br> **3299 Ross Clark Circle** <br> **Dothan, AL 36303** | X | - | Co-debtor on business River Trace, LLC <br><br> Mortgage on undeveloped land <br> Market Value: $354,000.00 | | | | **726,006.91** |
| Account No. <br><br> **Anmed Health** <br> **800 North Fant Street** <br> **Anderson, SC 29621** | X | - | NOTICE ONLY | | | | **Unknown** |
| Account No. <br><br> **Anmead Health** <br> **522 N McDuffie Street** <br> **Anderson, SC 29621** | | | Additional Address For: <br> Anmed Health | | | | **Notice Only** |

|  | Subtotal <br> (Total of this page) | **738,493.12** |
|---|---|---|

__4__   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Barry Leon Griffith**                                                      ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxxxx-x1388** | | | | Credit Card | | | | |
| **Bank of America** **PO Box 15019** **Wilmington, DE 19886** | | - | | | | | | 36,092.91 |
| Account No. | | | | | | | | |
| **ARS National Services Inc** **PO Box 463023** **Escondido, CA 92046** | | | | Additional Address For: Bank of America | | | | Notice Only |
| Account No. **xxxxxx7815** | | | | Co-debtor on business debt of Water's Edge Investments, LLC | | | | |
| **Carrington Mortgage Services** **PO Box 54285** **Irvine, CA 92619** | X | - | | Mortgage on house loacted at 2006 North Waccamaw Drive, Garden City, SC Market Value: $850,000.00 | | | | 844,086.75 |
| Account No. **xxxx-xxxx-xxxx-4340** | | | | Credit Card | | | | |
| **Chase** **PO Box 15153** **Wilmington, DE 19886** | | - | | | | | | 28,250.32 |
| Account No. | | | | | | | | |
| **Chase** **PO Box 15548** **Wilmington, DE 19886** | | | | Additional Address For: Chase | | | | Notice Only |

Sheet no. __1__ of __4__ sheets attached to Schedule of                    Subtotal                 908,429.98
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Barry Leon Griffith**                                                          ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Co-debtor on business debt of 128 North Main, LLC | | | | |
| Grandsouth Bank PO Box 6548 Greenville, SC 29606 | X | - | | Mortgage on 128 North Main Street, Greenville, SC Market Value: $1,086,125.00 | | | | 1,165,256.55 |
| Account No. | | | | NOTICE ONLY | | | | |
| Greenville First Bank c/o Charles D LeGrand 310 Miolls Avenue Suite 103 Greenville, SC 29605 | X | - | | | | | | Unknown |
| Account No. | | | | Co-debtor on business debt of Sexton Griffith Raisor Builders, LLC | | | | |
| Independence National Bank c/o Larry Lee Plumblee PO Box 10066 Greenville, SC 29603 | X | - | | NOTICE ONLY Foreclosure of 213 Saranac Drive, Sunset, SC | | | | Unknown |
| Account No. | | | | Co-debtor on business debt of Linden Hall, LLC | | | | |
| Judith W Tollison 105 Medinah Drive Easley, SC 29642 | X | - | | Unsecured deficiency from foreclosed property | | | | 275,000.00 |
| Account No. | | | | Co-debtor on business debt of Water's Edge Investments, LLC | | | | |
| Park Sterling Bank PO Box 2249 Gastonia, NC 28053 | X | - | | Mortgage on 2 condo units located in Clemson, SC Market Value of each condo: $200,000.00 | | | | 320,379.48 |

Sheet no. __2__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,760,636.03

B6F (Official Form 6F) (12/07) - Cont.

In re    **Barry Leon Griffith**
_____ ,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Pinnacle Bank PO Box 430 Elberton, GA 30635** | - | | **Co-debtor on business debt of Sexton Griffith Custom Builders, LLC** **Secured by Tract A located on Highway 153, Piedmont, SC** **Market Value: $40,000.00** | | | | 150,255.00 |
| Account No. **Plantation Federal Bank c/o Bradley K Richardson 1211 N Main Street Anderson, SC 29621** | X - | | **Co-debtor on business debt of Sexton Griffith Builders, Inc** **NOTICE ONLY** **Foreclosure of 100 Highborne Drive, Greenville, SC** **TMS: 0543.03-01-007.17** | | | | **Unknown** |
| Account No. **Plantation Federal Bank c/o Bradley K Richardson 1211 N Main Street Anderson, SC 29621** | X - | | **Co-debtor on business debt of Linden Hall, LLC** **NOTICE ONLY** **Foreclosure of 104 Linden Hall Lane, Easley, SC** | | | | **Unknown** |
| Account No. xxxxxx3487 **SunTrust PO Box 79079 Baltimore, MD 21279-0079** | X - | | **Co-debtor on unsecured business debt of Pyramid Construction, Inc** | | | | 211,416.67 |
| Account No. **The Peoples National Bank c/o S Gray Walsh PO Box 10045 Greenville, SC 29603** | X - | | **Co-debtor on business debt of Linden Hall, LLC** **Foreclosure Deficiency for tract of land in Linden Hall Subdivision entered on 3/8/11** | | | | 501,326.80 |

Sheet no. __3__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

862,998.47

B6F (Official Form 6F) (12/07) - Cont.

In re    **Barry Leon Griffith**                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**The Peoples National Bank<br>c/o Charles T Smith<br>Grimes & Smith<br>1112 Highmarket Street<br>Georgetown, SC 29440** | X | - | | **Co-debtor on business debt of Sea The Day, LLC**<br><br>**Judgment Entered on 7/13/10** | | | | 1,748,872.69 |
| Account No.<br><br>**The Peoples National Bank<br>c/o Marshall P Sherard Jr<br>PO Box 197<br>Anderson, SC 29622** | X | - | | **Co-debtor on business debt of Sexton Griffith Raisor Builders, LLC**<br><br>**Foreclosure of 126 North Lake Drive, Sunset, SC 29685<br>TMS: 4141-00-19-8027<br>Market Value: 1,998,000.00**<br><br>**Judgment Entered on 4/12/13** | | | | 770,335.05 |
| Account No.<br><br>**Wells Fargo<br>PO Box 536210<br>Atlanta, GA 30353** | X | - | | **Co-debtor on business debt of Water's Edge Investments, LLC**<br><br>**Home equity line on house loacted at 2006 North Waccamaw Drive, Garden City, SC<br>Market Value: $850,000.00<br>1st Mortgage Balance: $844,086.75** | | | | 285,000.00 |
| Account No.<br><br> | | | | | | | | |
| Account No.<br><br> | | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| Subtotal<br>(Total of this page) | 2,804,207.74 |
| Total<br>(Report on Summary of Schedules) | 7,074,765.34 |

B6G (Official Form 6G) (12/07)

.

In re    **Barry Leon Griffith**                                                      Case No. _____
                                                                    ,
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Barry Leon Griffith**                                              Case No. _____
                                                              ,
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **128 North Main, LLC**<br>**123 Kiowa Lane**<br>**Piedmont, SC 29673** | **Grandsouth Bank**<br>**PO Box 6548**<br>**Greenville, SC 29606** |
| **Action Concrete Contractors Inc**<br>**15 Beverly Road**<br>**Greenville, SC 29609** | **The Peoples National Bank**<br>**c/o Marshall P Sherard Jr**<br>**PO Box 197**<br>**Anderson, SC 29622** |
| **Allo, LLC**<br>**135 Kiowa Lane**<br>**Piedmont, SC 29673** | **The Peoples National Bank**<br>**c/o Charles T Smith**<br>**Grimes & Smith**<br>**1112 Highmarket Street**<br>**Georgetown, SC 29440** |
| **Allo, LLC**<br>**135 Kiowa Lane**<br>**Piedmont, SC 29673** | **The Peoples National Bank**<br>**c/o John Pyatt Grimes**<br>**Grimes & Smith**<br>**1112 Highmarket Street**<br>**Georgetown, SC 29440** |
| **Bret Raisor**<br>**124 Long Ridge Road**<br>**Sunset, SC 29685** | **The People National Bank**<br>**c/o S Gray Walsh**<br>**PO Box 10045**<br>**Greenville, SC 29603** |
| **Bret Raisor**<br>**124 Long Ridge Road**<br>**Sunset, SC 29685** | **The Peoples National Bank**<br>**c/o Marshall P Sherard Jr**<br>**PO Box 197**<br>**Anderson, SC 29622** |
| **Bret Raisor**<br>**124 Long Ridge Road**<br>**Sunset, SC 29685** | **Greenville First Bank**<br>**c/o Charles D LeGrand**<br>**310 Miolls Avenue Suite 103**<br>**Greenville, SC 29605** |
| **Bret Raisor**<br>**124 Long Ridge Road**<br>**Sunset, SC 29685** | **Independence National Bank**<br>**c/o Larry Lee Plumblee**<br>**PO Box 10066**<br>**Greenville, SC 29603** |
| **Caterpillar Financial Services Corp**<br>**PO Box 340001**<br>**Nashville, TN 37203** | **Independence National Bank**<br>**c/o Larry Lee Plumblee**<br>**PO Box 10066**<br>**Greenville, SC 29603** |

**5**
____ continuation sheets attached to Schedule of Codebtors

In re  **Barry Leon Griffith**                                          Case No. _____
_____,
                          Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Chet Sproles**<br>**226 Long Ridge Road**<br>**Sunset, SC 29685** | **The Peoples National Bank**<br>**c/o Marshall P Sherard Jr**<br>**PO Box 197**<br>**Anderson, SC 29622** |
| **Chet Sproles**<br>**226 Long Ridge Road**<br>**Sunset, SC 29685** | **The Peoples National Bank**<br>**c/o Marshall P Sherard Jr**<br>**PO Box 197**<br>**Anderson, SC 29622** |
| **Deaver McCraw**<br>**147 Country Lakes Road**<br>**Easley, SC 29642** | **Ameris Bank**<br>**3299 Ross Clark Circle**<br>**Dothan, AL 36303** |
| **Gregory Ayers**<br>**922 Old Boiling Springs Road**<br>**Greer, SC 29650** | **Ameris Bank**<br>**3299 Ross Clark Circle**<br>**Dothan, AL 36303** |
| **J Kevin Sexton**<br>**110 Chesnut Springs Way**<br>**Williamston, SC 29697** | **The People National Bank**<br>**c/o S Gray Walsh**<br>**PO Box 10045**<br>**Greenville, SC 29603** |
| **J Kevin Sexton**<br>**110 Chesnut Springs Way**<br>**Williamston, SC 29697** | **The Peoples National Bank**<br>**c/o S Gray Walsh**<br>**PO Box 10045**<br>**Greenville, SC 29603** |
| **J Kevin Sexton**<br>**110 Chesnut Springs Way**<br>**Williamston, SC 29697** | **The Peoples National Bank**<br>**c/o Charles T Smith**<br>**Grimes & Smith**<br>**1112 Highmarket Street**<br>**Georgetown, SC 29440** |
| **J Kevin Sexton**<br>**110 Chesnut Springs Way**<br>**Williamston, SC 29697** | **The Peoples National Bank**<br>**c/o John Pyatt Grimes**<br>**Grimes & Smith**<br>**1112 Highmarket Street**<br>**Georgetown, SC 29440** |
| **J Kevin Sexton**<br>**110 Chesnut Springs Way**<br>**Williamston, SC 29697** | **Independence National Bank**<br>**c/o Larry Lee Plumblee**<br>**PO Box 10066**<br>**Greenville, SC 29603** |
| **J Kevin Sexton**<br>**110 Chesnut Springs Way**<br>**Williamston, SC 29697** | **Plantation Federal Bank**<br>**c/o Bradley K Richardson**<br>**1211 N Main Street**<br>**Anderson, SC 29621** |
| **J Kevin Sexton**<br>**110 Chesnut Springs Way**<br>**Williamston, SC 29697** | **Carrington Mortgage Services**<br>**PO Box 54285**<br>**Irvine, CA 92619** |

Sheet  __1__ of __5__  continuation sheets attached to the Schedule of Codebtors

In re    **Barry Leon Griffith**                                              ,    Case No. _____

                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **J Kevin Sexton**<br>**110 Chesnut Springs Way**<br>**Williamston, SC 29697** | **Park Sterling Bank**<br>**PO Box 2249**<br>**Gastonia, NC 28053** |
| **J Kevin Sexton**<br>**110 Chesnut Springs Way**<br>**Williamston, SC 29697** | **Wells Fargo**<br>**PO Box 536210**<br>**Atlanta, GA 30353** |
| **J Kevin Sexton**<br>**110 Chesnut Springs Way**<br>**Williamston, SC 29697** | **Ameris Bank**<br>**3299 Ross Clark Circle**<br>**Dothan, AL 36303** |
| **J Michael Caldwell**<br>**1243 Piedmont Highway**<br>**Piedmont, SC 29673** | **The Peoples National Bank**<br>**c/o Charles T Smith**<br>**Grimes & Smith**<br>**1112 Highmarket Street**<br>**Georgetown, SC 29440** |
| **Jacquelyn Griffith**<br>**104 Wood Stream Way**<br>**Williamston, SC 29697** | **BB&T**<br>**PO Box 580048**<br>**Charlotte, NC 28258** |
| **Jacquelyn Griffith**<br>**104 Wood Stream Way**<br>**Williamston, SC 29697** | **Anmed Health**<br>**800 North Fant Street**<br>**Anderson, SC 29621** |
| **Jacquelyn Griffith**<br>**104 Wood Stream Way**<br>**Williamston, SC 29697** | **Anmed Health**<br>**800 North Fant Street**<br>**Anderson, SC 29621** |
| **Jerome M Caldwell**<br>**1243 Piedmont Highway**<br>**Piedmont, SC 29673** | **The Peoples National Bank**<br>**c/o John Pyatt Grimes**<br>**Grimes & Smith**<br>**1112 Highmarket Street**<br>**Georgetown, SC 29440** |
| **John K Sexton**<br>**110 Chesnut Springs Way**<br>**Williamston, SC 29697** | **Plantation Federal Bank**<br>**c/o Bradley K Richardson**<br>**1211 N Main Street**<br>**Anderson, SC 29621** |
| **John Kevin Sexton**<br>**110 Chesnut Springs Way**<br>**Williamston, SC 29697** | **The Peoples National Bank**<br>**c/o Marshall P Sherard Jr**<br>**PO Box 197**<br>**Anderson, SC 29622** |
| **John Kevin Sexton**<br>**110 Chesnut Springs Way**<br>**Williamston, SC 29697** | **Greenville First Bank**<br>**c/o Charles D LeGrand**<br>**310 Miolls Avenue Suite 103**<br>**Greenville, SC 29605** |

Sheet __2__ of __5__ continuation sheets attached to the Schedule of Codebtors

In re    **Barry Leon Griffith**                                                    Case No. _____
                                                    ,
                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Judith W Tollison**<br>**105 Medinah Drive**<br>**Easley, SC 29642** | **The Peoples National Bank**<br>**c/o S Gray Walsh**<br>**PO Box 10045**<br>**Greenville, SC 29603** |
| **Keowee River Club LLC**<br>**534 Pine Grove Church Road**<br>**Sunset, SC 29685** | **The Peoples National Bank**<br>**c/o Marshall P Sherard Jr**<br>**PO Box 197**<br>**Anderson, SC 29622** |
| **Kines Unlimited Inc**<br>**1529 Massey Road**<br>**Pendleton, SC 29670** | **The Peoples National Bank**<br>**c/o Marshall P Sherard Jr**<br>**PO Box 197**<br>**Anderson, SC 29622** |
| **Linden Hall, LLC**<br>**104 Wood Stream Way**<br>**Williamston, SC 29697** | **The Peoples National Bank**<br>**c/o S Gray Walsh**<br>**PO Box 10045**<br>**Greenville, SC 29603** |
| **Linden Hall, LLC**<br>**104 Wood Stream Way**<br>**Williamston, SC 29697** | **Plantation Federal Bank**<br>**c/o Bradley K Richardson**<br>**1211 N Main Street**<br>**Anderson, SC 29621** |
| **Linden Hall, LLC**<br>**104 Wood Stream Way**<br>**Williamston, SC 29697** | **Judith W Tollison**<br>**105 Medinah Drive**<br>**Easley, SC 29642** |
| **Pyramid Construction, Inc**<br>**123 Kiowa Lane**<br>**Piedmont, SC 29673** | **SunTrust**<br>**PO Box 79079**<br>**Baltimore, MD 21279-0079** |
| **Regions**<br>**PO Box 2224**<br>**Birmingham, AL 35246** | **Independence National Bank**<br>**c/o Larry Lee Plumblee**<br>**PO Box 10066**<br>**Greenville, SC 29603** |
| **Reserve at Lake Keowee Community Assoc**<br>**190 Village Green Loop**<br>**Sunset, SC 29685** | **The Peoples National Bank**<br>**c/o Marshall P Sherard Jr**<br>**PO Box 197**<br>**Anderson, SC 29622** |
| **River Trace, LLC**<br>**123 Kiowa Lane**<br>**Piedmont, SC 29673** | **Ameris Bank**<br>**3299 Ross Clark Circle**<br>**Dothan, AL 36303** |
| **Riverview Holdings LLC**<br>**123 Kiowa Lane**<br>**Piedmont, SC 29673** | **The People National Bank**<br>**c/o S Gray Walsh**<br>**PO Box 10045**<br>**Greenville, SC 29603** |

Sheet   **3**   of   **5**   continuation sheets attached to the Schedule of Codebtors

In re  **Barry Leon Griffith**                                                                              Case No. _____

,

Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Seas The Day LLC**<br>**104 Wood Stream Way**<br>**Williamston, SC 29697** | **The Peoples National Bank**<br>**c/o John Pyatt Grimes**<br>**Grimes & Smith**<br>**1112 Highmarket Street**<br>**Georgetown, SC 29440** |
| **Sexton Griffith Builders**<br>**104 Wood Stream Way**<br>**Williamston, SC 29697** | **Plantation Federal Bank**<br>**c/o Bradley K Richardson**<br>**1211 N Main Street**<br>**Anderson, SC 29621** |
| **Sexton Griffith Raisor Builders LLC**<br>**104 Wood Stream Way**<br>**Williamston, SC 29697** | **The Peoples National Bank**<br>**c/o Marshall P Sherard Jr**<br>**PO Box 197**<br>**Anderson, SC 29622** |
| **Sexton Griffith Raisor Builders LLC**<br>**104 Wood Stream Way**<br>**Williamston, SC 29697** | **Greenville First Bank**<br>**c/o Charles D LeGrand**<br>**310 Miolls Avenue Suite 103**<br>**Greenville, SC 29605** |
| **Sexton Griffith Raisor Builders LLC**<br>**104 Wood Stream Way**<br>**Williamston, SC 29697** | **Independence National Bank**<br>**c/o Larry Lee Plumblee**<br>**PO Box 10066**<br>**Greenville, SC 29603** |
| **SG Builders LLC**<br>**104 Wood Stream Way**<br>**Williamston, SC 29697** | **The Peoples National Bank**<br>**c/o Marshall P Sherard Jr**<br>**PO Box 197**<br>**Anderson, SC 29622** |
| **SG Builders LLC**<br>**104 Wood Stream Way**<br>**Williamston, SC 29697** | **Greenville First Bank**<br>**c/o Charles D LeGrand**<br>**310 Miolls Avenue Suite 103**<br>**Greenville, SC 29605** |
| **SLS 1013 S Waccamaw Dr LLC**<br>**104 Wood Stream Way**<br>**Williamston, SC 29697** | **The Peoples National Bank**<br>**c/o Charles T Smith**<br>**Grimes & Smith**<br>**1112 Highmarket Street**<br>**Georgetown, SC 29440** |
| **Thomas Concrete of South Carolina Inc**<br>**124 Moats Fowler Road**<br>**Anderson, SC 29626** | **The Peoples National Bank**<br>**c/o Marshall P Sherard Jr**<br>**PO Box 197**<br>**Anderson, SC 29622** |
| **Water's Edge Investments LLC**<br>**123 Kiowa Lane**<br>**Piedmont, SC 29673** | **Park Sterling Bank**<br>**PO Box 2249**<br>**Gastonia, NC 28053** |

Sheet __**4**__ of __**5**__ continuation sheets attached to the Schedule of Codebtors

In re    **Barry Leon Griffith**                                                          Case No. _____
_____ ,
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Water's Edge Investments LLC**<br>**123 Kiowa Lane**<br>**Piedmont, SC 29673** | **Carrington Mortgage Services**<br>**PO Box 54285**<br>**Irvine, CA 92619** |
| **Water's Edge Investments LLC**<br>**123 Kiowa Lane**<br>**Piedmont, SC 29673** | **Wells Fargo**<br>**PO Box 536210**<br>**Atlanta, GA 30353** |

Sheet __5__ of __5__ continuation sheets attached to the Schedule of Codebtors

## United States Bankruptcy Court
### District of South Carolina

In re __Barry Leon Griffith__ _____   Case No. _____

_____   Chapter __7__ _____
Debtor(s)

# BUSINESS INCOME AND EXPENSES

## Water's Edge Investments, LLC

__FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS__  (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

| | | |
|---|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $ | 70,263.74 |

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---|
| 2. Gross Monthly Income | $ | 4,523.95 |

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 0.00 |
| 4. Payroll Taxes | | 0.00 |
| 5. Unemployment Taxes | | 0.00 |
| 6. Worker's Compensation | | 0.00 |
| 7. Other Taxes | | 0.00 |
| 8. Inventory Purchases (Including raw materials) | | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 |
| 10. Rent (Other than debtor's principal residence) | | 0.00 |
| 11. Utilities | | 0.00 |
| 12. Office Expenses and Supplies | | 0.00 |
| 13. Repairs and Maintenance | | 0.00 |
| 14. Vehicle Expenses | | 0.00 |
| 15. Travel and Entertainment | | 0.00 |
| 16. Equipment Rental and Leases | | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | | 0.00 |
| 18. Insurance | | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Crawford Falls #424 Expenses** | **1,922.61** |
| **Crawford Falls #423 Expenses** | **1,367.48** |
| **2006 N Waccamaw Drive Expenses** | **626.90** |
| **Accounting** | **290.00** |
| **Office Supplies** | **18.93** |
| **Property Taxes** | **889.50** |
| **Management Fees** | **25.33** |

| | | |
|---|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ | 5,140.75 |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ | -616.80 |
| Debtor's 50% Interest | $ | -308.40 |

**United States Bankruptcy Court**
**District of South Carolina**

In re   **Barry Leon Griffith**                                                      Case No.
_____      _____
                                   Debtor(s)              Chapter   **7**   _____

# BUSINESS INCOME AND EXPENSES

## Sexton Griffith Custom Builders, LLC

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS  (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income For 12 Months Prior to Filing:                 $         **1,920,640.52**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income                                                    $            202,554.95

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor)          $ | 0.00 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 0.00 |
| 12. Office Expenses and Supplies | 0.00 |
| 13. Repairs and Maintenance | 0.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| Cost of Goods Sold | 159,029.63 |
| Spec Home Carrying Costs | 100.60 |
| Bid Expense | 4.60 |
| Office Expense | 821.21 |
| Salaries & Wages | 4,307.63 |
| Payroll Expenses | 2,970.75 |
| Interest Pinnacle Bank | 446.52 |
| Professional Fees | 1,565.67 |
| Liability Insurance | 27.66 |
| Health Insurance | 992.04 |
| Taxes, MISC | 1.52 |
| Bank Charges | 1.67 |
| Consulting Fee | 333.33 |
| Self Employment Taxes | 9,585.63 |

| | | |
|---|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ | 180,188.46 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | | |
|---|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ | 22,366.49 |
| Debtor's 50% Interest: | $ | 11,183.24 |

# United States Bankruptcy Court
### District of South Carolina

In re  **Barry Leon Griffith**

Debtor(s)

Case No. _____

Chapter  **7**  _____

# BUSINESS INCOME AND EXPENSES

## 128 North Main, LLC

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income For 12 Months Prior to Filing:                              $      75,781.49

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income                                                              $        6,000.00

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $      0.00 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 0.00 |
| 12. Office Expenses and Supplies | 0.00 |
| 13. Repairs and Maintenance | 0.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION                                      TOTAL

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Interest Expense** | **4,625.17** |
| **Insurance** | **278.00** |
| **Property Tax** | **929.52** |
| **Professional Fees** | **104.17** |
| **Self Employment Taxes** | **18.94** |

22. Total Monthly Expenses (Add items 3-21)                              $        5,955.80

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)   $           44.20

Debtor's 33.33% Interest                                                        $           14.73

## United States Bankruptcy Court
### District of South Carolina

In re   **Barry Leon Griffith**

Debtor(s)

Case No. _____

Chapter   **7**

# BUSINESS INCOME AND EXPENSES

## Pyramid Construction, Inc.

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS**  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

|  |  |  |
|---|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $ | 886,467.58 |

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

|  |  |  |
|---|---|---|
| 2. Gross Monthly Income | $ | 458.33 |

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

|  |  |  |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 0.00 |
| 4. Payroll Taxes |  | 0.00 |
| 5. Unemployment Taxes |  | 0.00 |
| 6. Worker's Compensation |  | 0.00 |
| 7. Other Taxes |  | 0.00 |
| 8. Inventory Purchases (Including raw materials) |  | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray |  | 0.00 |
| 10. Rent (Other than debtor's principal residence) |  | 0.00 |
| 11. Utilities |  | 0.00 |
| 12. Office Expenses and Supplies |  | 0.00 |
| 13. Repairs and Maintenance |  | 0.00 |
| 14. Vehicle Expenses |  | 0.00 |
| 15. Travel and Entertainment |  | 0.00 |
| 16. Equipment Rental and Leases |  | 0.00 |
| 17. Legal/Accounting/Other Professional Fees |  | 0.00 |
| 18. Insurance |  | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) |  | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Advertising** | **93.17** |
| **Professional Fees** | **1,886.23** |
| **Business Licenses and Permits** | **68.17** |
| **Consulting Fees** | **1,000.00** |
| **Vehicle Expenses** | **2,738.52** |
| **Office Expenses** | **4,249.45** |
| **Callbacks** | **627.05** |
| **Health Insurance** | **6,207.79** |
| **Workers Comp Insurance** | **3,551.08** |
| **General Liability Insurance** | **2,095.55** |
| **Copier** | **250.97** |
| **Auto Insurance** | **298.50** |

|  |  |  |
|---|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ | 23,066.48 |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)     $      -22,608.15

    Debtor's 33.33% Interest     $      -7,535.29

## United States Bankruptcy Court
### District of South Carolina

In re  **Barry Leon Griffith**

Debtor(s)

Case No.

Chapter  **7**

## BUSINESS INCOME AND EXPENSES

### River Trace, LLC

__FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS__  (NOTE: __ONLY INCLUDE__ information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

| | | |
|---|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $ | 0.00 |

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---|
| 2. Gross Monthly Income | $ | 0.00 |

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 0.00 |
| 4. Payroll Taxes | | 0.00 |
| 5. Unemployment Taxes | | 0.00 |
| 6. Worker's Compensation | | 0.00 |
| 7. Other Taxes | | 0.00 |
| 8. Inventory Purchases (Including raw materials) | | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 |
| 10. Rent (Other than debtor's principal residence) | | 0.00 |
| 11. Utilities | | 0.00 |
| 12. Office Expenses and Supplies | | 0.00 |
| 13. Repairs and Maintenance | | 0.00 |
| 14. Vehicle Expenses | | 0.00 |
| 15. Travel and Entertainment | | 0.00 |
| 16. Equipment Rental and Leases | | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | | 0.00 |
| 18. Insurance | | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Bank Service Charges** | **1.67** |
| **Phase 1A Construction Expense** | **3,483.40** |
| **Regime HOA** | **160.54** |
| **Office Supplies** | **16.19** |
| **Automobile Expense** | **6.92** |
| **Phase III Development Cost** | **155.95** |

| | | |
|---|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ | 3,824.67 |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ | -3,824.67 |
| Debtor's 6% Interest | $ | -229.48 |

Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Barry Leon Griffith**                                                            Case No.
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Wife** | AGE(S):<br>**20**<br>**45** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Self Employed** | **Unemployed** |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **0.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **0.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **0.00** | $ | **0.00** |
|     b. Insurance | $ | **0.00** | $ | **0.00** |
|     c. Union dues | $ | **0.00** | $ | **0.00** |
|     d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **11,197.97** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **11,197.97** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **11,197.97** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | | | **11,197.97** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**No anticipated increase/decrease in income within the next 12 months.**

B6J (Official Form 6J) (12/07)

In re **Barry Leon Griffith** _____   Case No. _____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,836.22 |
| a. Are real estate taxes included?  Yes ___   No **X** | | |
| b. Is property insurance included?  Yes ___   No **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 700.00 |
|        b. Water and sewer | $ | 50.00 |
|        c. Telephone | $ | 185.00 |
|        d. Other  **See Detailed Expense Attachment** | $ | 214.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 900.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 180.00 |
| 8. Transportation (not including car payments) | $ | 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|        a. Homeowner's or renter's | $ | 250.00 |
|        b. Life | $ | 100.00 |
|        c. Health | $ | 800.00 |
|        d. Auto | $ | 100.00 |
|        e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|        (Specify)   **See Detailed Expense Attachment** | $ | 700.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|        a. Auto | $ | 0.00 |
|        b. Other | $ | 0.00 |
|        c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|        Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18.  AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 10,415.22 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

   **No anticipated increase/decrease in expenses within the next 12 months.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 11,197.97 |
| b.   Average monthly expenses from Line 18 above | $ | 10,415.22 |
| c.   Monthly net income (a. minus b.) | $ | 782.75 |

**B6J (Official Form 6J) (12/07)**

In re    **Barry Leon Griffith** _____    Case No. _____
                        Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Garbage | $ | 45.00 |
| Security | $ | 19.00 |
| Cable | $ | 100.00 |
| Internet | $ | 50.00 |
| **Total Other Utility Expenditures** | $ | 214.00 |

**Specific Tax Expenditures:**

| | | |
|---|---|---|
| Real Estate Taxes | $ | 600.00 |
| Auto Taxes | $ | 100.00 |
| **Total Tax Expenditures** | $ | 700.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

## United States Bankruptcy Court
### District of South Carolina

In re   **Barry Leon Griffith**

Debtor(s)

Case No.

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **50**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **May 31, 2013**

Signature    **/s/ Barry Leon Griffith**

**Barry Leon Griffith**

Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of South Carolina

In re  **Barry Leon Griffith**

Debtor(s)

Case No.

Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-180.00** | **Barry Griffith**<br>**River Trace, LLC**<br>**YTD 2013 (through February 13, 2013)**<br><br>**Gross Income: $0.00**<br>**Net Loss: ($3,000.50)**<br>**Debtor's 6% Loss: ($180.00)** |
| **$-5,114.35** | **Barry Griffith**<br>**Water's Edge Investments, LLC**<br>**YTD 2013 (through February 13, 2013)**<br><br>**Gross Income: $4,550.00**<br>**Net Loss: (10,228.71)**<br>**Debtor's 50% Loss: ($5,114.35)** |

B7 (Official Form 7) (04/13)                                                                                          2

| AMOUNT | SOURCE |
|---|---|
| **$-6,349.69** | **Barry Griffith**<br>**Sexton Griffith Custom Builders, LLC**<br>**YTD 2013 (through February 13, 2013)** |
| | **Gross Income: $0.00**<br>**Net Income: ($12,699.39)**<br>**Debtor's 50% Profit: ($6,349.69)** |
| **$2,829.26** | **Barry Griffith**<br>**128 North Main, LLC**<br>**YTD 2013 (through February 13, 2013)** |
| | **Gross Income: $12,000.00**<br>**Net Income: $8,488.64**<br>**Debtor's 33.33% Profit: $2,829.26** |
| **$42,221.18** | **Barry Griffith**<br>**Pyramid Construction, Inc**<br>**2012** |
| | **Gross Income: $886,467.58**<br>**Net Income: $126,676.22**<br>**Debtor's 33.33% Profit: $42,221.18** |
| **$5,850.95** | **Barry Griffith**<br>**128 North Main, LLC**<br>**2012** |
| | **Gross Income: $75,781.49**<br>**Net Income: $17,554.61**<br>**Debtor's 33.33% Profit: $5,850.95** |
| **$-65,605.99** | **Barry Griffith**<br>**Sexton Griffith Custom Builders, LLC**<br>**2012** |
| | **Gross Income: $1,920,640.52**<br>**Net Income: ($131,211.98)**<br>**Debtor's 50% Profit: ($65,605.99)** |
| **$10,037.23** | **Barry Griffith**<br>**Water's Edge Investments, LLC**<br>**2012** |
| | **Gross Income: $70,263.74**<br>**Net Income: $20,074.46**<br>**Debtor's 50% Profit: $10,037.23** |
| **$60,559.83** | **Barry Griffith**<br>**Riverview Holdings, LLC**<br>**2012** |
| | **Gross Income: $182,198.44**<br>**Net Income: $121,119.67**<br>**Debtor's 50% Profit: $60,559.83** |
| **$-3,141.00** | **Barry Griffith**<br>**Seacrest Holdings, LLC**<br>**2011** |
| | **Gross Rents Received: $19,162.00**<br>**Net Rental Loss: ($37,688.00)**<br>**Debtor's 8.33334% Loss: ($3,141.00)** |

B7 (Official Form 7) (04/13)                                                                                                   3

| AMOUNT | SOURCE |
|---|---|
| **$939.00** | **Barry Griffith** |
| | **Seacrest Holdings, LLC** |
| | **2011** |
| | |
| | **Gross Rents Received: $256,820.00** |
| | **Net Rental Income: $1,879.00** |
| | **Debtor's 50% Income: $939.00** |
| **$-33,305.00** | **Barry Griffith** |
| | **Water's Edge Investments, LLC** |
| | **2011** |
| | |
| | **Gross Rents Received: $99,172.00** |
| | **Net Rental Loss: ($66,611.00)** |
| | **Debtor's 50% Loss: ($33,305.00)** |
| **$-2,944.00** | **Barry Griffith** |
| | **128 North Main, LLC** |
| | **2011** |
| | |
| | **Gross Rents Received: $72,000.00** |
| | **Net Rental Loss: ($8,832.00)** |
| | **Debtor's 33.33% Loss: ($2,944.00)** |
| **$-16,892.00** | **Barry Griffith** |
| | **Sexton Griffith Custom Builders, Inc** |
| | **2011** |
| | |
| | **Gross Receipts: $1,683,640.00** |
| | **Net Loss: ($33,785.00)** |
| | **Debtor's 50% Loss: ($16,892.00)** |
| **$-2,722.00** | **Barry Griffith** |
| | **River Trace, LLC** |
| | **2011** |
| | |
| | **Gross Receipts: $0.00** |
| | **Net Loss: ($45,365.00)** |
| | **Debtor's 6% Loss: ($2,722.00)** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,000.00** | **Barry Griffith** |
| | **Cash gifts received from parents** |
| | **YTD 2013** |
| **$9,300.00** | **Barry Griffith** |
| | **Cash gifts received from parents** |
| | **2012** |

B7 (Official Form 7) (04/13)                                                                                          4

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**None**
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **BB&T**<br>**PO Box 580048**<br>**Charlotte, NC 28258** | **Regular monthly payments**<br>**of $3,741.77 for the past**<br>**three months** | **$11,225.31** | **$556,011.50** |

**None**
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Anmed Health**<br>**vs.**<br>**Jacqueline Griffith and Barry Griffith**<br>**C.A. No.: 2012-CP-04-01687** | **Debt Collection** | **In the Court of Common Pleas**<br>**State of South Carolina**<br>**County of Anderson** | **Judgment**<br>**Entered on**<br>**4/26/12 in the**<br>**amount of**<br>**$3,454.61** |
| **Anmed Health**<br>**vs.**<br>**Jacqueline Griffith and Barry Griffith**<br>**C.A. No.: 2010CV0410104352** | **Debt Collection** | **In the Court of Common Pleas**<br>**State of South Carolina**<br>**County of Anderson** | **Judgment**<br>**entered as to**<br>**Jacqueline**<br>**Griffith only** |

*   *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Independence National Bank** **vs.** **Sexton Griffith Raisor Builders, LLC, Caterpillar Financial Services Corporation, Bret Raisor, Regions Bank, J Kevin Sexton** **C.A. No.: 2009-CP-39-01882** | **Foreclosure** | **In the Court of Common Pleas** **State of South Carolina** **County of Pickens** | **Deficiency Judgment Waived** |
| **Plantation Federal Bank as successor in interest to First Savers Bank,** **vs.** **Linden Hall, LLC, John K Sexton, Barry L Griffith, and the Peoples National Bank** **C.A. No.: 2010-CP-39-509** | **Foreclosure** | **In the Court of Common Pleas** **State of South Carolina** **County of Pickens** | **Deficiency Judgment Waived** |
| **Plantation Federal Bank** **vs.** **Sexton Griffith Builders, Inc., John K Sexton, Barry L Griffith and the South Carolina Department of Revenue** **C.A. No.: 2010-CP-23-0472** | **Foreclosure** | **In the Court of Common Pleas** **State of South Carolina** **County of Greenville** | **Judgment in the amount of $0.00 entered on 7/12/10** |
| **The Peoples National Bank** **vs.** **Riverview Holdings, LLC, Barry L Griffith, Brett A Raisor, J Kevin Sexton and Pinnacle Bank of SC** **C.A. No.: 2009-CP-04-02556** | **Foreclosure** | **In the Court of Common Pleas** **State of South Carolina** **County of Anderson** | **Judgment Entered on 10/19/10 in the amount of $405,360.13** |
| **The Peoples National Bank** **vs.** **Linden Hall, LLC, Barry L Griffith, J Kevin Sexton and Judith W Tollison** **C.A. No.: 2009-CP-39-1217** | **Foreclosure** | **In the Court of Common Pleas** **State of South Carolina** **County of Pickens** | **Judgment Entered on 3/8/11 in the amount of $501,326.60** |
| **The Peoples National Bank** **vs** **Seas The Day, LLC, Allo, LLC, J Michael Caldwell a/k/a Jerome M Caldwell, J Kevin Sexton a/k/a John K Sexton, Barry L Griffith, and SLS 1013 S Waccamaw Dr, LLC** **C.A. No.: 2009-CP-22-01167** | **Foreclosure** | **In the Court of Common Pleas** **State of South Carolina** **County of Georgetown** | **Judgment Entered on 7/13/2010 in the amount of $1,748,872.69** |
| **The Peoples National Bank** **vs.** **Allo, LLC, J Michael Caldwell, Seas the Day, LLC, J Kevin Sexton** **C.A. No.: 2010-CP-23-09099** | **Transcript Judgment** | **In the Court of Common Pleas** **State of South Carolina** **County of Greenville** | **Judgment Entered on 11/4/10 in the amount of $708,796.71** |
| **The Peoples National Bank** **vs.** **Allo, LLC, J Michael Caldwell, Seas the Day, LLC, J Kevin Sexton** **C.A. No.: 2010-CP-04-03936** | **Transcript of Judgment** | **In the Court of Common Pleas** **State of South Carolina** **County of Anderson** | **Judgment Entered on 11/3/10 in the amount of $708,796.71** |
| **The Peoples National Bank** **vs.** **Allo, LLC, J Michael Caldwell, Seas the Day, LLC, J Kevin Sexton** **C.A. No.: 2010-CP-39-01917** | **Transcript of Judgment** | **In the Court of Common Pleas** **State of South Carolina** **County of Pickens** | **Judgment Entered on 11/4/10 in the amount of $708,796.71** |

B7 (Official Form 7) (04/13)                                                                                                                              6

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **The Peoples National Bank vs. Action Concrete Contractors, Inc, Barry Griffith, Keowee River Club, LLC, Kines Unlimited, Inc, Bret Rasior, Reserve at Lake Keowee Community Association, Inc, SG Builders, LLC, John Kevin Sexton, Sexton Griffith Raisor Builders, LLC, Chet Sproles, Christina Sproles, Thomas Concrete of South Carolina, Inc C.A. No.: 2012-CP-39-00006** | **Foreclosure** | **In the Court of Common Pleas State of South Carolina County of Pickens** | **Judgment Entered on 4/12/13 in the amount of $770,355.05** |
| **Regions Bank vs. Barry Griffith C.A. No.: 2013-CP-04-00565** | **Debt Collection** | **In the Court of Common Pleas State of South Carolina County of Anderson** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Peoples National Bank c/o Marshall P Sherard Jr PO Box 197 Anderson, SC 29622** | **3/4/13** | **Co-debtor on business debt of Sexton Griffith Raisor Builders, LLC**<br><br>**Foreclosure of 126 North Lake Drive, Sunset, SC 29685 TMS: 4141-00-19-8027 Market Value: 1,998,000.00**<br><br>**Judgment Entered on 4/12/13 in the amount of $770,335.05** |

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                          7

| None | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|------|---|
| ■ | |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

| None | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|------|---|
| ■ | |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

| None | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|------|---|
| ■ | |

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

| None | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case. |
|------|---|
| ☐ | |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Skinner Law Firm, LLC**<br>**300 North Main Street, Suite 201**<br>**Greenville, SC 29601** | **12/2012** | **Attorney Fees: $7,194.00**<br>**Filing Fee: $306.00** |

**10. Other transfers**

| None | a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|------|---|
| ☐ | |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Brad Griffith**<br>**332 Griffith Drive**<br>**Liberty, SC 29657**<br>    **Brother** | **5/15/2012** | **Property: 2005 Sea-doo**<br>**Market Value: $6,000.00**<br>**Amount Received: $5,000.00**<br><br>**Debtor sold the above listed property and used the funds to make his house payment on his primary residence.** |

B7 (Official Form 7) (04/13)

8

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Brad Griffith**<br>**332 Griffith Drive**<br>**Liberty, SC 29657**<br>  **Brother** | **6/12/2012** | **Property: 2008 M4 .223 Caliber Rifle**<br>**Market Value: $800.00**<br>**Amount Received: $600.00**<br><br>**Debtor sold the above listed property and used the funds to make his house payment on his primary residence.** |

None
■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
☐   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **BB&T**<br>**PO Box 486**<br>**Whiteville, NC 28472** | **Barry Griffith** | **Video of home for insurance purposes, $700.00 for daughter's wedding** | |

### 13.  Setoffs

None
■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|----------------------------------------|----------------|-------------------|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|----------------------------------------|----------------|-------------------|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|----------------------------------------|---------------|-----------------------|

B7 (Official Form 7) (04/13)                                                                                                    10

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Seacrest Holdings LLC** | 20-2839749 | **123 Kiowa Lane Piedmont, SC 29673** | **Rental Property-Real Estate** | **5/16/2005-12/31/2011** |
| **Riverview Holdings, LLC** | 14-1923037 | **123 Kiowa Lane Piedmont, SC 29673** | **Rental Property-Real Estate** | **2/5/2005-12/31/2012** |
| **Seas the Day, LLC** | 20-2984511 | **123 Kiowa Lane Piedmont, SC 29673** | **Rental Property Management** | **6/15/2005-12/31/2010** |
| **Water's Edge Investments, LLC** | 14-1923043 | **123 Kiowa Lane Piedmont, SC 29673** | **Rental Property** | **2/5/2005-Current** |
| **Linden Hall, LLC** | 26-1079028 | **123 Kiowa Lane Piedmont, SC 29673** | **Real Estate Development** | **9/15/2007-12/31/2010** |
| **Keowee Waterside Properties, LLC** | 20-5712479 | **123 Kiowa Lane Piedmont, SC 29673** | **Real Estate** | **7/3/2006-12/31/2010** |
| **Keowee Trade Winds, LLC** | 20-5979711 | **123 Kiowa Lane Piedmont, SC 29673** | **Real Estate** | **7/3/2006-12/31/2010** |
| **Quiet Cove, LLC** | 20-8874857 | **123 Kiowa Lane Piedmont, SC 29673** | **Rental Property** | **4/12/2007-Present Debtor turned over all shares to James Wilson in January of 2010** |
| **No Egrets** | 04-3826972 | **123 Kiowa Lane Piedmont, SC 29673** | **Rental Property** | **4/22/2005-Present Debtor turned over all shares to Silvercreek, LLC in 2009** |
| **Pyramid Construction, Inc** | 57-1092988 | **123 Kiowa Lane Piedmont, SC 29673** | **Construction-Residential and Commercial** | **1/27/2000-Present** |
| **128 North Main, LLC** | 20-3587892 | **123 Kiowa Lane Piedmont, SC 29673** | **Commercial rental property** | **9/30/2005-Present** |
| **Sexton Griffith Custom Builders, LLC** | 26-3156253 | **123 Kiowa Lane Piedmont, SC 29673** | **Residential Construction** | **6/18/2008-Present** |
| **River Trace, LLC** | 22-3893152 | **123 Kiowa Lane Piedmont, SC 29673** | **Subdivision Development** | **1/31/2003-Present** |
| **Sexton Griffith Raisor Builders, LLC** | 20-4802280 | **123 Kiowa Lane Piedmont, SC 29673** | **Residential Construction** | **4/24/2006-12/31/2010** |

B7 (Official Form 7) (04/13)                                                                                        11

| None | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |
| ■ | |

| NAME | ADDRESS |

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

| None | a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor. |
| ☐ | |

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Elliott Davis, LLC**<br>**PO Box 6286**<br>**Greenville, SC 29606** | **2005-2008** |
| **John Beilsmith Navigator CPA Group**<br>**7380 SToneykirk Close**<br>**Atlanta, GA 30350** | **2009-2010** |
| **Mardi Redden**<br>**123 Kiowa Lane**<br>**Piedmont, SC 29673** | **2010-Present** |

| None | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |
| ■ | |

| NAME | ADDRESS | DATES SERVICES RENDERED |

| None | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |
| ☐ | |

| NAME | ADDRESS |
|---|---|
| **Mardi Redden** | **123 Kiowa Lane**<br>**Piedmont, SC 29673** |
| **James Wilson**<br>**Mr. Wilson holds the books and records for Quiet Cove, LLC** | **105 Barksdale Green**<br>**Greenville, SC 29607** |
| **Michael Caldwell**<br>**Mr. Caldwell holds the books and records for No Egrets.** | **135 Kiowa Lane**<br>**Piedmont, SC 29673** |

| None | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |
| ■ | |

| NAME AND ADDRESS | DATE ISSUED |

B7 (Official Form 7) (04/13)                                                                                                                    12

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)                                                                                    13

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **May 31, 2013**                        Signature  **/s/ Barry Leon Griffith**

                                                        **Barry Leon Griffith**
                                                        Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of South Carolina

In re  **Barry Leon Griffith**

Debtor(s)

Case No.

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Anmed Health** | **Describe Property Securing Debt:**<br>**Residence: House and land located at 104 Woodstream Way, Williamston, SC 29697**<br><br>**County: Anderson**<br>**Acreage:  Unknown**<br>**Source of Valuation:  Appraised Value**<br><br>**BB&T**<br>**1st Lien on Property**<br>**Mortgage: $556,011.50**<br><br>**Regions Bank**<br>**2nd Lien on P** |

Property will be (check one):

☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  **avoid lien using 11 U.S.C. § 522(f)**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt          ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 2

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**BB&T** | **Describe Property Securing Debt:**<br>**Residence: House and land located at 104 Woodstream Way,**<br>**Williamston, SC 29697**<br><br>**County: Anderson**<br>**Acreage:  Unknown**<br>**Source of Valuation:  Appraised Value**<br><br>**BB&T**<br>**1st Lien on Property**<br>**Mortgage: $556,011.50**<br><br>**Regions Bank**<br>**2nd Lien on P** |

Property will be (check one):

   ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):

   ☐ Redeem the property

   ☐ Reaffirm the debt

   ■ Other.  Explain  __Debtor will retain collateral and continue with regular monthly payments__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ☐ Claimed as Exempt                  ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                      Page 3

---

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Regions** | **Describe Property Securing Debt:**<br>**Residence: House and land located at 104 Woodstream Way, Williamston, SC 29697**<br><br>**County: Anderson**<br>**Acreage:  Unknown**<br>**Source of Valuation:  Appraised Value**<br><br>**BB&T**<br>**1st Lien on Property**<br>**Mortgage: $556,011.50**<br><br>**Regions Bank**<br>**2nd Lien on P** |

Property will be (check one):

  ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other.  Explain  __Debtor will retain collateral and continue with regular monthly payments__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt           ■ Not claimed as exempt

---

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**The People National Bank** | **Describe Property Securing Debt:**<br>**Residence: House and land located at 104 Woodstream Way, Williamston, SC 29697**<br><br>**County: Anderson**<br>**Acreage:  Unknown**<br>**Source of Valuation:  Appraised Value**<br><br>**BB&T**<br>**1st Lien on Property**<br>**Mortgage: $556,011.50**<br><br>**Regions Bank**<br>**2nd Lien on P** |

Property will be (check one):

  ☐ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other.  Explain  __avoid lien using 11 U.S.C. § 522(f)__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt           ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                          Page 4

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**The Peoples National Bank** | **Describe Property Securing Debt:**<br>**Residence: House and land located at 104 Woodstream Way,**<br>**Williamston, SC 29697**<br><br>**County: Anderson**<br>**Acreage:  Unknown**<br>**Source of Valuation:  Appraised Value**<br><br>**BB&T**<br>**1st Lien on Property**<br>**Mortgage: $556,011.50**<br><br>**Regions Bank**<br>**2nd Lien on P** |

Property will be (check one):
   ☐ Surrendered                           ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other.  Explain  **avoid lien using 11 U.S.C. § 522(f)**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                       ☐ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **May 31, 2013**                Signature   **/s/ Barry Leon Griffith**
                                                 **Barry Leon Griffith**
                                               Debtor

## United States Bankruptcy Court
### District of South Carolina

In re **Barry Leon Griffith**

Debtor(s)

Case No.

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,194.00** |
| Prior to the filing of this statement I have received | $ | **7,194.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Services not related to the bankruptcy case.**
    **Disputes as to claims filed by Creditors.**
    **Representation at any motion for relief from stay or negotiation of any settlement brought by the trustee or a Creditor as a result of Debtor's failure to comply with the Plan.**
    **Any court appearance or preparation of any motions or response to motions after the confirmation hearing including but not limited to amended Chapter 13 plans.**
    **Conversion from Chapter 13 to Chapter 7 or from Chapter 7 to Chapter 13.**
    **Adversary proceedings and appeals (including but not limited to Objections to Discharge, Objections to the Dischagability of any particular debt and Failing to Disclose or Withholding Assets and/or Creditors from the Court).**
    **Should an Amendment be necessary to add any Creditors or make any changes to the Petition, said Amendment shall be prepared by Attorney for additional compensation of $130.00 per Creditor, asset or other disclosure.**
    **Any additional services required not included in the original fee will be compensated at the rate of $395.00 per hour Attorney time, $250.00 per hour Associate time, and $150.00 per hour paralegal time.**

In re    **Barry Leon Griffith**                                                    Case No. _____
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **May 31, 2013**                                        **/s/ Randy A. Skinner**
_____          _____
                                                          **Randy A. Skinner**
                                                          **Skinner Law Firm, LLC**
                                                          **300 North Main Street, Suite 201**
                                                          **Greenville, SC 29601**
                                                          **(864) 232-2007   Fax: (864) 232-8496**
                                                          **main@skinnerlawfirm.com**

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)
Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### District of South Carolina

In re   **Barry Leon Griffith**                                         Case No.
_____   Chapter   **7**
                                    Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Barry Leon Griffith** | X **/s/ Barry Leon Griffith** | **May 31, 2013** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                                     Best Case Bankruptcy

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
## District of South Carolina

In re  __Barry Leon Griffith__                                                              Case No.
                                                    Debtor(s)                  Chapter      **7**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)  _____ computer diskette

(b)  _____ scannable hard copy
(number of sheets submitted _____)

(c)  __X__ electronic version filed via CM/ECF

Date:  __May 31, 2013__                          __/s/ Barry Leon Griffith__
                                                  **Barry Leon Griffith**
                                                  Signature of Debtor

Date:  __May 31, 2013__                          __/s/ Randy A. Skinner__
                                                  Signature of Attorney
                                                  **Randy A. Skinner**
                                                  **Skinner Law Firm, LLC**
                                                  **300 North Main Street, Suite 201**
                                                  **Greenville, SC 29601**
                                                  **(864) 232-2007   Fax: (864) 232-8496**
                                                  Typed/Printed Name/Address/Telephone

                                                  **05412**
                                                  District Court I.D. Number

B22A (Official Form 22A) (Chapter 7) (04/13)

| | |
|---|---|
| In re  **Barry Leon Griffith** | |
| Debtor(s) | |
| Case Number: _____ | |
| (If known) | |

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises.**

■ **The presumption does not arise.**

☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor.  If none of the exclusions in Part I applies, joint debtors may complete one statement only.  If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.**  If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.**  If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>■ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.**  Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which  your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.**  By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>        a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>           ☐ I remain on active duty /or/<br>           ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>        OR<br><br>        b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>           ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | **Column A**<br><br>**Debtor's Income** | **Column B**<br><br>**Spouse's Income** |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts — Debtor $ — Spouse $<br>b. Ordinary and necessary business expenses — Debtor $ — Spouse $<br>c. Business income — Subtract Line b from Line a | | $ | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts — Debtor $ — Spouse $<br>b. Ordinary and necessary operating expenses — Debtor $ — Spouse $<br>c. Rent and other real property income — Subtract Line b from Line a | | $ | $ |
| 6 | **Interest, dividends, and royalties.** | | $ | $ |
| 7 | **Pension and retirement income.** | | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ — Spouse $ | | $ | $ |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. — Debtor $ — Spouse $<br>b. — Debtor $ — Spouse $<br><br>Total and enter on Line 10 | | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | | $ | $ |

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence:                        b. Enter debtor's household size: | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br>☐ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. | |

### Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | |
| | a. | $ | |
| | b. | $ | |
| | c. | $ | |
| | d. | $ | |
| | Total and enter on Line 17 | | $ |
| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | | $ |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | | |

| Persons under 65 years of age | | Persons 65 years of age or older | | |
|---|---|---|---|---|
| a1. | Allowance per person | a2. | Allowance per person | |
| b1. | Number of persons | b2. | Number of persons | |
| c1. | Subtotal | c2. | Subtotal | $ |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | | $ |

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                                                   4

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |
|---|---|---|
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|---|---|---|

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** <br><br> You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. <br><br> Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. <br><br> ☐ 0   ☐ 1   ☐ 2 or more. <br><br> If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) <br><br> ☐ 1   ☐ 2 or more. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |
|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. <br><br> Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |
|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                    5

| | | |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

| | |
|---|---|
| **Subpart B: Additional Living Expense Deductions** |
| **Note: Do not include any expenses that you have listed in Lines 19-32** |

| | | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table> Total and enter on Line 34. **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: $ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $156.25* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                                6

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

## Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |
|----|----|----|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| | | | Total: Add Lines | |

|    |    | $ |
|----|----|---|

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|----|----|----|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| | | | Total: Add Lines |

|    |    | $ |
|----|----|---|

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|----|----|----|

| a. | Projected average monthly chapter 13 plan payment. | $ |
|----|----|----|
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

|    |    | $ |
|----|----|---|

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

## Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18** (Current monthly income for § 707(b)(2)) | $ |
| 49 | **Enter the amount from Line 47** (Total of all deductions allowed under § 707(b)(2)) | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                                          7

| | |
|---|---|
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,475\***. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $12,475\*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,475\*, but not more than $12,475\*.** Complete the remainder of Part VI (Lines 53 through 55). |

| | | |
|---|---|---|
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| | |
|---|---|
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

## Part VII. ADDITIONAL EXPENSE CLAIMS

| | |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total:  Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date:  **May 31, 2013**                    Signature:  **/s/ Barry Leon Griffith**<br><br>                                                     **Barry Leon Griffith**<br>                                                     *(Debtor)* |

---

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **11/01/2012** to **04/30/2013**.

**Line 4 - Income from operation of a business, profession, or farm**
Source of Income: **River Trace, LLC**
Income/Expense/Net by Month:

| | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 11/2012 | $0.00 | $2,991.95 | $-2,991.95 |
| 5 Months Ago: | 12/2012 | $0.00 | $6,431.83 | $-6,431.83 |
| 4 Months Ago: | 01/2013 | $0.00 | $3,000.50 | $-3,000.50 |
| 3 Months Ago: | 02/2013 | $0.00 | $3,844.30 | $-3,844.30 |
| 2 Months Ago: | 03/2013 | $0.00 | $2,857.94 | $-2,857.94 |
| Last Month: | 04/2013 | $0.00 | $3,821.40 | $-3,821.40 |
| Average per month: | | $0.00 | $3,824.65 | |
| | | | Average Monthly NET Income: | $-3,824.65 |

**Line 4 - Income from operation of a business, profession, or farm**
Source of Income: **Sexton Griffith Custom Builders, LLC**
Income/Expense/Net by Month:

| | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 11/2012 | $3,120.52 | $7,959.75 | $-4,839.23 |
| 5 Months Ago: | 12/2012 | $1,211,649.15 | $962,074.48 | $249,574.67 |
| 4 Months Ago: | 01/2013 | $0.00 | $9,005.84 | $-9,005.84 |
| 3 Months Ago: | 02/2013 | $0.00 | $11,125.07 | $-11,125.07 |
| 2 Months Ago: | 03/2013 | $160.00 | $8,873.16 | $-8,713.16 |
| Last Month: | 04/2013 | $400.00 | $12,635.03 | $-12,235.03 |
| Average per month: | | $202,554.95 | $168,612.22 | |
| | | | Average Monthly NET Income: | $33,942.72 |

**Line 4 - Income from operation of a business, profession, or farm**
Source of Income: **Water's Edge Investments, LLC**
Income/Expense/Net by Month:

| | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | 11/2012 | $4,800.00 | $1,508.84 | $3,291.16 |
| 5 Months Ago: | 12/2012 | $3,800.00 | $2,938.88 | $861.12 |
| 4 Months Ago: | 01/2013 | $4,550.00 | $14,778.71 | $-10,228.71 |
| 3 Months Ago: | 02/2013 | $5,468.75 | $1,997.59 | $3,471.16 |
| 2 Months Ago: | 03/2013 | $3,800.00 | $3,864.68 | $-64.68 |
| Last Month: | 04/2013 | $4,725.00 | $5,756.43 | $-1,031.43 |
| Average per month: | | $4,523.96 | $5,140.86 | |
| | | | Average Monthly NET Income: | $-616.90 |

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                9

**Line 4 - Income from operation of a business, profession, or farm**

Source of Income: **Pyramid Construction, Inc**

Income/Expense/Net by Month:

|              | Date    | Income      | Expense     | Net          |
|--------------|---------|-------------|-------------|--------------|
| 6 Months Ago: | 11/2012 | $550.00     | $30,233.29  | $-29,683.29  |
| 5 Months Ago: | 12/2012 | $0.00       | $10,426.42  | $-10,426.42  |
| 4 Months Ago: | 01/2013 | $1,100.00   | $23,973.76  | $-22,873.76  |
| 3 Months Ago: | 02/2013 | $550.00     | $30,711.80  | $-30,161.80  |
| 2 Months Ago: | 03/2013 | $550.00     | $29,170.64  | $-28,620.64  |
| Last Month:   | 04/2013 | $0.00       | $13,882.90  | $-13,882.90  |
|              | Average per month: | $458.33 | $23,066.47 | |
|              |         |             | Average Monthly NET Income: | $-22,608.14 |

**Line 4 - Income from operation of a business, profession, or farm**

Source of Income: **128 North Main, LLC**

Income/Expense/Net by Month:

|              | Date    | Income      | Expense     | Net          |
|--------------|---------|-------------|-------------|--------------|
| 6 Months Ago: | 11/2012 | $6,000.00   | $7,879.81   | $-1,879.81   |
| 5 Months Ago: | 12/2012 | $6,000.00   | $13,456.90  | $-7,456.90   |
| 4 Months Ago: | 01/2013 | $6,000.00   | $3,511.36   | $2,488.64    |
| 3 Months Ago: | 02/2013 | $6,000.00   | $3,497.65   | $2,502.35    |
| 2 Months Ago: | 03/2013 | $6,000.00   | $3,802.13   | $2,197.87    |
| Last Month:   | 04/2013 | $6,000.00   | $3,473.28   | $2,526.72    |
|              | Average per month: | $6,000.00 | $5,936.86 | |
|              |         |             | Average Monthly NET Income: | $63.15 |

**Line 10 - Income from all other sources**

Source of Income: **Cash gifts received from parents**

Income by Month:

|              | Date    | Income      |
|--------------|---------|-------------|
| 6 Months Ago: | 11/2012 | $0.00       |
| 5 Months Ago: | 12/2012 | $0.00       |
| 4 Months Ago: | 01/2013 | $2,500.00   |
| 3 Months Ago: | 02/2013 | $0.00       |
| 2 Months Ago: | 03/2013 | $2,500.00   |
| Last Month:   | 04/2013 | $0.00       |
|              | Average per month: | $833.33 |

B22A (Official Form 22A) (Chapter 7) (04/13)                                                                                     10

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **11/01/2012** to **04/30/2013**.

**Line 4 - Income from operation of a business, profession, or farm**
Source of Income: **IKB Sales & Marketing**
Income/Expense/Net by Month:

|              | Date        | Income      | Expense     | Net          |
|--------------|-------------|-------------|-------------|--------------|
| 6 Months Ago: | **11/2012** | **$9,369.76** | **$9,691.89** | **$-322.13** |
| 5 Months Ago: | **12/2012** | **$11,151.83** | **$7,422.52** | **$3,729.31** |
| 4 Months Ago: | **01/2013** | **$3,560.95** | **$5,604.74** | **$-2,043.79** |
| 3 Months Ago: | **02/2013** | **$7,595.67** | **$6,432.19** | **$1,163.48** |
| 2 Months Ago: | **03/2013** | **$0.00** | **$0.00** | **$0.00** |
| Last Month: | **04/2013** | **$0.00** | **$0.00** | **$0.00** |
| Average per month: |      | **$5,279.70** | **$4,858.56** |          |
|              |             |             | Average Monthly NET Income: | **$421.15** |

Remarks:
**Debtor's non-filing spouse closed IKA Sales & Marketing in February 2013. Therefore, no further income is anticipated.**